No. 04–7710. SMITH v. UNITED STATES. C. A. 8th Cir. Reported below: 378 F. 3d 754;

No. 04–7731. AGNEW v. UNITED STATES. C. A. 3d Cir. Reported below: 385 F. 3d 288;

No. 04–7740. HOPPER v. UNITED STATES. C. A. 6th Cir. Reported below: 384 F. 3d 252;

No. 04–7758. MALLORY, AKA MUSHEEN v. UNITED STATES. C. A. 11th Cir. Reported below: 116 Fed. Appx. 241;

No. 04–7762. MORTON v. UNITED STATES. C. A. 11th Cir. Reported below: 364 F. 3d 1300;

No. 04–7774. ELIZARRARAZ v. UNITED STATES. C. A. 5th Cir. Reported below: 111 Féd. Appx. 263;

No. 04–7784. HICKS v. UNITED STATES. C. A. 11th Cir. Reported below: 107 Fed. Appx. 892;

No. 04–7805. WALKER v. UNITED STATES. C. A. 4th Cir. Reported below: 100 Fed. Appx. 220;

No. 04–7832. GARCIA-BELTRAN v. UNITED STATES. C. A. 5th Cir. Reported below: 111 Fed. Appx. 279;

No. 04–7836. PEREZ-GOMEZ v. UNITED STATES. C. A. 5th Cir. Reported below: 114 Fed. Appx. 596;

No. 04–7839. JUI-TENG LIN v. UNITED STATES. C. A. 2d Cir. Reported below: 85 Fed. Appx. 234;

No. 04–7847. MURIETTA MALDONADO v. UNITED STATES. C. A. 5th Cir. Reported below: 111 Fed. Appx. 253;

No. 04–7866. SEARS v. UNITED STATES. C. A. 11th Cir. Reported below: 122 Fed. Appx. 986;

No. 04–7871. BOLDING v. UNITED STATES; GONZALEZ-SANDOVAL v. UNITED STATES; COVARRUBIAS v. UNITED STATES; DE LEON-ROCHA v. UNITED STATES; LOPEZ-GUZMAN v. UNITED STATES; GUERRA v. UNITED STATES; and ROMERO v. UNITED STATES. C. A. 5th Cir. Reported below: 110 Fed. Appx. 389 (first judgment), 452 (sixth judgment), and 454 (fourth judgment);

111 Fed. Appx. 330 (seventh judgment), 335 (third judgment), 336 (fifth judgment), and 339 (second judgment);

No. 04–7876. DAVIS v. UNITED STATES. C. A. 11th Cir. Reported below: 123 Fed. Appx. 385;

No. 04–7877. MCARTHUR v. UNITED STATES. C. A. 11th Cir. Reported below: 122 Fed. Appx. 987;

No. 04–7885. DICLEMENTE v. UNITED STATES. C. A. 4th Cir.;

No. 04–7935. MOSLEY v. UNITED STATES. C. A. 11th Cir. Reported below: 123 Fed. Appx. 387;

No. 04–7958. VMON, AKA SLACK v. UNITED STATES. C. A. 11th Cir. Reported below: 122 Fed. Appx. 985;

No. 04–7970. ANTHONY v. UNITED STATES. C. A. 3d Cir. Reported below: 112 Fed. Appx. 810;

No. 04–8000. CARRIE v. UNITED STATES. C. A. 11th Cir. Reported below: 107 Fed. Appx. 892;

No. 04–8001. DUARTE-BENITEZ v. UNITED STATES. C. A. 11th Cir. Reported below: 125 Fed. Appx. 269;

No. 04–8039. GARCIA-CORONADO v. UNITED STATES. C. A. 5th Cir. Reported below: 108 Fed. Appx. 939;

No. 04–8085. SMITH v. UNITED STATES. C. A. 11th Cir. Reported below: 123 Fed. Appx. 386;

No. 04–8124. GONZALEZ-OROZCO v. UNITED STATES (Reported below: 110 Fed. Appx. 471); LIMON-RUIZ v. UNITED STATES (110 Fed. Appx. 426); POZOS-SANTILLAN v. UNITED STATES (110 Fed. Appx. 455); BIRULA-HERNANDEZ v. UNITED STATES (111 Fed. Appx. 334); CARBAJAL-HERNANDEZ v. UNITED STATES (110 Fed. Appx. 453); CASTILLO-PENALOZA v. UNITED STATES (111 Fed. Appx. 322); SALAZAR-VARELA v. UNITED STATES (111 Fed. Appx. 322); CONTRERAS-CEDILLO v. UNITED STATES (111 Fed. Appx. 338); FERNANDEZ-PINONES v. UNITED STATES (110 Fed. Appx. 470); LUGO-SALDANA v. UNITED STATES (110 Fed. Appx. 469); MONDRAGON-JIMENEZ v. UNITED STATES (110 Fed. Appx. 463); NUNCIO-RODRIGUEZ v. UNITED STATES (111 Fed. Appx. 327); REYES-QUINTANILLA v. UNITED STATES (111 Fed. Appx. 748); RODRIGUEZ-ZUNIGA v. UNITED STATES (111 Fed. Appx. 747); SARAVIA-MELENDEZ v. UNITED STATES (110 Fed. Appx. 434); and VILLASENOR-ARROYO v. UNITED STATES (110 Fed. Appx. 440). C. A. 5th Cir.;

No. 04–8147. MCCOMBS v. UNITED STATES. C. A. 11th Cir. Reported below: 116 Fed. Appx. 245;

No. 04–8169. PROCTER v. UNITED STATES. C. A. 6th Cir.;

No. 04–8170. GARZA-GARCIA v. UNITED STATES; REYES-JASSO v. UNITED STATES; and BARRIOS-PEREZ v. UNITED STATES. C. A. 5th Cir. Reported below: 111 Fed. Appx. 746 (first judgment) and 778 (second judgment); 112 Fed. Appx. 971 (third judgment);

No. 04–8257. MEDINA-HERNANDEZ v. UNITED STATES. C. A. 9th Cir. Reported below: 111 Fed. Appx. 961;

No. 04–8259. OLEA-PINO v. UNITED STATES. C. A. 9th Cir. Reported below: 111 Fed. Appx. 950; and

No. 04–8285. WILSON v. UNITED STATES. C. A. 6th Cir. Reported below: 112 Fed. Appx. 497. Motions of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *United States* v. *Booker, ante,* p. 220.